W. D. JOHNSON, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Where the members of the appellate court are equally divided in opinion as to whether a judgment on writ of error should be reversed or affirmed, and there is no prospect of a change of judicial opinion, the judgment should be affirmed so that the litigation may not be unduly prolonged.

This case was decided by the court En Banc.

Writ of Error to the Criminal Court of Record for Walton County.

The facts in the case are stated in the opinion of the court.

*S. K. Gillis,* for Plaintiff in Error.

*Park Trammell,* Attorney General, for the State.

PER CURIAM.—This cause having been duly considered. by the court, and Mr. Chief Justice Whitfield, Mr. Justice Taylor and Mr. Justice Hocker being of opinion that the

judgment should be reversed, while Mr. Justice Shackleford, Mr. Justice Cockrell and Mr. Justice Parkhill are of opinion that the judgment should be affirmed, and there being no prospect of a change of judicial opinion, the judgment should be affirmed on the authority of State *ex rel.* Hampton, v. McClung, 47 Fla., 224, 37 South. Rep., 51, and it is so ordered.